IN THE COMMONWEALTH COURT OF PENNSYLVANIA

The Concerned Citizens of       :
Ross Township,       :
            Appellant       :
      :
          v.       :     No. 1301 C.D. 2020
      :
Ross Township and The       :
Catholic Cemeteries Association       :
of the Diocese of Pittsburgh, Inc.       :


**PER CURIAM**                **O R D E R**


NOW, November 3, 2022, having considered Appellee The Catholic Cemeteries Association of the Diocese of Pittsburgh's application for reargument, the application is denied.